UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                            No.  10 CR 905-LTS

JESUS SANCHEZ,

        Defendant.

-------------------------------------------------------x

ORDER

On May 23, 2013, Jesus Santiago ("Defendant") was sentenced principally to a term of imprisonment of 135 months following his plea of guilty to charges relating to racketeering, money laundering, and conspiracy to distribute narcotics proceeds, in violation of 18 U.S.C. sections 1961, 1962(c), and 1956(h) and 21 U.S.C. section 846.  Defendant's sentencing guidelines range was 135-168 months' imprisonment, based on an offense level of 33 and a criminal history category of I.  The Bureau of Prisons currently projects that Defendant will be released from prison on August 3, 2020.  Defendant has made a motion for reduction in his sentence (Docket Entry Nos. 1826 and 1961) and the Probation Department has issued a report finding that Defendant is eligible for a reduction.  The Government agrees that Defendant is eligible and does not object to a reduction.  (Docket Entry No. 2162.)  Defendant's revised guidelines range, accounting for a statutory minimum sentence, is 120-135 months of imprisonment.

18 U.S.C. section 3582(c)(2) requires the Court to engage in a two-step analysis, first determining whether the Guidelines authorize a reduction and then, through the exercise of its discretion, considering the factors outlined in 18 U.S.C. section 3553(a)  and determining whether such a reduction is warranted.  Dillon v. United States, 560 U.S. 817, 827 (2010).

Having considered the record in this case and the parties' arguments, the Court concludes that Defendant is both eligible for a reduction and that the maximum permissible reduction is indeed warranted in light of the sentencing factors articulated in 18 U.S.C. section 3553(a).  Accordingly, it is hereby ORDERED that the Defendant's operative offense level is reduced to level 31, and the custodial aspect of his sentence is reduced to 120 months of imprisonment.

This order resolves Docket Entry Nos. 1826 and 1961.

SO ORDERED.

Dated: New York, New York
June 28, 2018

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

Copy mailed to:
Jesus Sanchez
Reg. No. 94714-004
FCI Coleman Low
P.O. Box 1031
Coleman, FL 33521-1031