AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-3-2018

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JESUS SANCHEZ | ) | Case No:  01:S31 10crim905-03 (LTS) |
| | ) | USM No:  94714-004 |
| Date of Original Judgment: May 23, 2013 | ) | |
| Date of Previous Amended Judgment: _____ | ) | Federal Defenders of New York |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.    X  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____135_____ months **is reduced to** _____120 months_____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __May 23, 2013__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __June 29, 2018__

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Laura Taylor Swain, U.S.D.J.
*Printed name and title*